IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE RONALDO CARRANZA HERNANDEZ,<br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, et. al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-1644 |

**<u>ORDER OF COURT</u>**

AND NOW, this 26th day of August, 2026, upon consideration of the petition for habeas relief (ECF No. 1), and Notice of Suggestion of Mootness (ECF No. 5), in which Respondents report that Petitioner Jose Ronaldo Carranza Hernandez voluntarily departed the United States on August 25, 2026, IT IS HEREBY ORDERED that the petition is DENIED AS MOOT. *See Lindaastuty v. Attorney General*, 186 F. App'x 294, 298 (3d Cir. 2006) (because the petitioner is no longer in custody, any challenge to detention is moot). The clerk shall docket this case closed.

BY THE COURT:

s/ Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE